**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MUELLER, ERIC W. § | Case No. 09-75143 |
| MUELLER, LINDA E. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $313,137.25          Assets Exempt:   $62,057.25
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,854.52      Claims Discharged
                                                Without Payment:  $55,544.02

Total Expenses of Administration: $2,146.21

---

3) Total gross receipts of $    6,000.73    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $6,000.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $164,821.96 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,146.21 | 2,146.21 | 2,146.21 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 58,965.00 | 11,951.66 | 11,951.66 | 3,854.52 |
| **TOTAL DISBURSEMENTS** | $223,786.96 | $14,097.87 | $14,097.87 | $6,000.73 |

    4) This case was originally filed under Chapter 7 on November 19, 2009. The case was pending for 24 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2011          By: /s/JAMES E. STEVENS
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1997 GMC Sonoma; 116,000 miles-debtors' possessi | 1129-000 | 1,000.00 |
| 2002 Toyota Corolla; 62,000 miles-debtors' posse | 1129-000 | 2,000.00 |
| 1998 Saturn SR1; 115,000 miles-debtors' possessi | 1129-000 | 1,000.00 |
| 1971 Harley Davidson Sportser 1000cc-debtors' po | 1129-000 | 1,000.00 |
| 1997 Jeep Wrangler; 103,000 miles-debtors' posse | 1129-000 | 1,000.00 |
| Interest Income | 1270-000 | 0.73 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Hoyne Savings Bank | 4110-000 | 117,009.50 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 47,812.46 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$164,821.96** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,350.07 | 1,350.07 | 1,350.07 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 780.00 | 780.00 | 780.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.64 | 4.64 | 4.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 11.50 | 11.50 | 11.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,146.21 | 2,146.21 | 2,146.21 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | 1,275.60 | 1,322.25 | 1,322.25 | 426.44 |
| 2 | American Infosource Lp As Agent for | 7100-000 | N/A | 251.81 | 251.81 | 81.21 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 10,242.52 | 10,377.60 | 10,377.60 | 3,346.87 |
| NOTFILED | Union Plus Credit Card | 7100-000 | 9,219.69 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia | 7100-000 | 6,556.17 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Shell/CitiBank | 7100-000 | 672.47 | N/A | N/A | 0.00 |
| NOTFILED | CitiCard | 7100-000 | 22,810.65 | N/A | N/A | 0.00 |
| NOTFILED | CitiCard | 7100-000 | 8,187.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 58,965.00 | 11,951.66 | 11,951.66 | 3,854.52 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-75143  
**Case Name:** MUELLER, ERIC W.  
MUELLER, LINDA E.  
**Period Ending:** 12/08/11

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/19/09 (f)  
**§341(a) Meeting Date:** 12/23/09  
**Claims Bar Date:** 09/22/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 2  Savings account-Harris Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 330.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking account-Harris Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 49.00 | 0.00 | DA | 0.00 | FA |
| 4  Miscellaneous household goods & furnishings-debt<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 3,100.00 | 0.00 | DA | 0.00 | FA |
| 5  Necessary wearing apparel-debtors' possession<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 600.00 | 0.00 | DA | 0.00 | FA |
| 6  Miscellaneous sports equipment-debtors' possessi<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7  Union annuity<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 35,288.00 | 0.00 | DA | 0.00 | FA |
| 8  Profit sharing<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 17,719.25 | 0.00 | DA | 0.00 | FA |
| 9  Union pension; defined benefit-no cash value<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14; Original petition value: 0.00 | 1.00 | 0.00 | DA | 0.00 | FA |
| 10  1997 GMC Sonoma; 116,000 miles-debtors' possessi<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14; Original petition value: 1000.00 | 500.00 | 500.00 | DA | 1,000.00 | FA |
| 11  2002 Toyota Corolla; 62,000 miles-debtors' posse<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14; Original petition value: 2000.00 | 500.00 | 500.00 | DA | 2,000.00 | FA |
| 12  1998 Saturn SR1; 115,000 miles-debtors' possessi | 500.00 | 500.00 | DA | 1,000.00 | FA |

Printed: 12/08/2011 01:06 PM   V.12.57

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75143  
**Case Name:** MUELLER, ERIC W.  
MUELLER, LINDA E.  
**Period Ending:** 12/08/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/19/09 (f)  
**§341(a) Meeting Date:** 12/23/09  
**Claims Bar Date:** 09/22/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14; Original petition value: 1000.00 | | | | | |
| 13 | 2002 Pontiac Montana van, 30,000 miles-debtors' Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 7,000.00 | 2,200.00 | DA | 0.00 | FA |
| 14 | 1971 Harley Davidson Sportser 1000cc-debtors' po Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14; Original petition value: 1000.00; Original exemption amount: 0.00 | 500.00 | 479.00 | DA | 1,000.00 | FA |
| 15 | 1997 Jeep Wrangler; 103,000 miles-debtors' posse Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14; Original petition value: 4000.00 | 3,000.00 | 3,000.00 | DA | 1,000.00 | FA |
| 28 | 733 Merrimac Street, Cary, IL | 244,000.00 | 244,000.00 | DA | 0.00 | FA |
| 29 | 733 Merrimac Street, Cary, IL Orig. Asset Memo: Imported from original petition Doc# 1 | 244,000.00 | 244,000.00 | | 0.00 | 244,000.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.73 | FA |
| 17 | Assets Totals (Excluding unknown values) | **$557,137.25** | **$495,179.00** | | **$6,000.73** | **$244,000.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2010     **Current Projected Date Of Final Report (TFR):** August 17, 2011 (Actual)

Printed: 12/08/2011 01:06 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75143  
**Case Name:** MUELLER, ERIC W.  
MUELLER, LINDA E.  
**Taxpayer ID #:** **-***0628  
**Period Ending:** 12/08/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-65 - Money Market Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/10 | | Linda Mueller | Cashier's check payment interest in cars | | 3,000.00 | | 3,000.00 |
| | {10} | | | 500.00 | 1129-000 | | 3,000.00 |
| | {10} | | | 500.00 | 1129-000 | | 3,000.00 |
| | {11} | | | 2,000.00 | 1129-000 | | 3,000.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 3,000.04 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,000.22 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,000.40 |
| 09/07/10 | {12} | JONES AND HART LAW OFFICES | MUELLER'S PAYMENT ON VEHICLES | 1129-000 | 250.00 | | 3,250.40 |
| 09/27/10 | {12} | Eric W. and Linda Mueller | payment on vehicle | 1129-000 | 250.00 | | 3,500.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.42 |
| 10/26/10 | {12} | Eric and Linda Mueller | payment on car | 1129-000 | 250.00 | | 3,750.42 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,750.44 |
| 11/22/10 | {12} | Eric W. and Linda Mueller | 2002 Toyota Carolla | 1129-000 | 250.00 | | 4,000.44 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.46 |
| 12/23/10 | {14} | Eric and Linda Mueller | payment on car | 1129-000 | 250.00 | | 4,250.46 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,250.49 |
| 01/31/11 | {14} | Eric and Linda Mueller | payment on Harley | 1129-000 | 250.00 | | 4,500.49 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.52 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.55 |
| 03/01/11 | {14} | Eric and Linda Mueller | payment on Harley Davidson | 1129-000 | 250.00 | | 4,750.55 |
| 03/29/11 | {14} | Eric and Linda Mueller | payment on Harley | 1129-000 | 250.00 | | 5,000.55 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.58 |
| 04/27/11 | {15} | Eric and Linda Mueller | payment on Jeep Wrangler | 1129-000 | 250.00 | | 5,250.58 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,250.61 |
| 05/31/11 | {15} | Linda and Eric Mueller | payment on jeep wrangler | 1129-000 | 250.00 | | 5,500.61 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,500.64 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-75143, Bond #016018067 | 2300-000 | | 4.64 | 5,496.00 |
| 06/21/11 | {15} | Linda E. and Eric W. Mueller | payment on jeep | 1129-000 | 250.00 | | 5,746.00 |
| 06/29/11 | {15} | Jones & Hart Law Office | payment on jeep | 1129-000 | 250.00 | | 5,996.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,996.03 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,996.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 11.50 | 5,984.57 |
| 08/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,984.59 |
| 08/16/11 | | To Account #9200******7066 | TRANSFER TO CLOSE MONEY MARKET | 9999-000 | | 5,984.59 | 0.00 |

Subtotals : $6,000.73   $6,000.73

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-75143 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | MUELLER, ERIC W. | | **Bank Name:** | The Bank of New York Mellon |
| | MUELLER, LINDA E. | | **Account:** | 9200-******70-65 - Money Market Account |
| **Taxpayer ID #:** | **-***0628 | | **Blanket Bond:** | $372,000.00 (per case limit) |
| **Period Ending:** | 12/08/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 6,000.73 | 6,000.73 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,984.59 | |
| | | | **Subtotal** | | **6,000.73** | **16.14** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.73** | **$16.14** | |

{} Asset reference(s)      Printed: 12/08/2011 01:06 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-75143  
**Case Name:** MUELLER, ERIC W.  
MUELLER, LINDA E.  
**Taxpayer ID #:** **-***0628  
**Period Ending:** 12/08/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/11 | | From Account #9200******7065 | TRANSFER TO CLOSE MONEY MARKET | 9999-000 | 5,984.59 | | 5,984.59 |
| 10/19/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $780.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 780.00 | 5,204.59 |
| 10/19/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,350.07, Trustee Compensation; Reference: | 2100-000 | | 1,350.07 | 3,854.52 |
| 10/19/11 | 103 | American Infosource Lp As Agent for | Dividend paid 32.25% on $1,322.25; Claim# 1; Filed: $1,322.25; Reference: | 7100-000 | | 426.44 | 3,428.08 |
| 10/19/11 | 104 | American Infosource Lp As Agent for | Dividend paid 32.25% on $251.81; Claim# 2; Filed: $251.81; Reference: | 7100-000 | | 81.21 | 3,346.87 |
| 10/19/11 | 105 | Chase Bank USA, N.A. | Dividend paid 32.25% on $10,377.60; Claim# 3; Filed: $10,377.60; Reference: | 7100-000 | | 3,346.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,984.59 | 5,984.59 | $0.00 |
| | | | Less: Bank Transfers | | 5,984.59 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,984.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $5,984.59 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******70-65** | 6,000.73 | 16.14 | 0.00 |
| **Checking # 9200-******70-66** | 0.00 | 5,984.59 | 0.00 |
| | $6,000.73 | $6,000.73 | $0.00 |

{} Asset reference(s)